UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MUELLER, INC.,<br><br> Plaintiff,<br><br>v.<br><br>DAKOTA A. SANDERS, individually<br>and as co-personal representative of the<br>Estate of Gary Don Sanders, et al.,<br><br> Defendants. | No. 6:20-CV-114-H |

## FINAL JUDGMENT

By separate order, the Court has granted Dakota Sanders and Trevor Sanders's Motion for Default Judgment against defendant Christina Statsmann. Dkt. No. 22. Accordingly, the Court hereby enters a final judgment as follows:

1. Default judgement is entered against Christina Statsmann.

2. The Court orders Mueller, Inc. to pay half the value of the Qualified Defined Contribution 401k Profit Sharing Plan owned by Gary Don Sanders, Deceased, to Dakota A. Sanders and the other half to Trevor R. Sanders.

3. It is further ordered that Mueller, Inc. is discharged from any and all liability to any person, including but not limited to Christina Statsmann, Dakota A. Sanders, and Trevor Sanders, in connection with the Qualified Defined Contribution 401k Profit Sharing Plan owned by Gary Don Sanders, Deceased.

4. It is further ordered that Christina Statsmann, Dakota A. Sanders, and Trevor Sanders are enjoined and restrained from instituting or prosecuting further any proceedings in any state or United States court, including this Court,

either at law or in equity, against Mueller, Inc. and its agents arising out of or relating to the Qualified Defined Contribution 401k Profit Sharing Plan owned by Gary Don Sanders, Deceased.

This Order is a Final Judgment that resolves all claims in connection with the Qualified Defined Contribution 401k Profit Sharing Plan owned by Gary Don Sanders, Deceased. All relief not specifically granted in this Judgment is denied. This Judgment is final and appealable.

So ordered on June 15, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE